ADDAM LEADMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 1:24-cv-00139-MW-MAF

## MOTION FOR STAY OF CASE
## DUE TO LAPSE OF APPROPRIATIONS

The Defendant United States of America hereby moves for a stay of the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this motion for stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government further requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

WHEREFORE, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney


 */s/ Peter G. Fisher*
PETER G. FISHER
Florida Bar No. 413010
Assistant United States Attorney
111 N. Adams St., Fourth Floor
Tallahassee, FL 32301-7730
Tel:  (850) 942-8430
peter.fisher@usdoj.gov